FILED
DISTRICT COURT OF GUAM

AUG 15 2005

MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

HENRY FRESNOZA,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Criminal Case No. 01-00013

Civil Case No. 04-00020

**ORDER**

    This matter comes before the Court on Petitioner Henry Fresnoza's ("Fresnoza") Motion for Reconsideration of the Court's DENIAL of his motion to correct sentence pursuant to 28 U.S.C. § 2255 and request for Writ of *Audita Querela* ("motions"), or, in the alternative, defendant's Notice of Appeal.

    A Motion for Reconsideration should be denied unless it raises new factual or legal arguments. *See, Backlund v. Barnhart*, 778 F.2d 1386, 1388 (9th Cir. 1985). In his motion for reconsideration, defendant essentially reasserts the arguments raised in his initial motions. The Court finds no new legal or factual basis upon which to grant relief. Therefore, the Motion for Reconsideration is DENIED.

    Moreover, a notice of appeal shall be construed as an application for a certificate of appealability. *See*, FED. R. APP. P. 22(b). A certificate of appealability may be issued from a final order in a proceeding under § 2255 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Fresnoza has made no such

1 | showing. Accordingly, the Court DENIES the Petitioner's request for a certificate of
2 | appealability.
3 |
4 | IT IS SO ORDERED this __12__ day of ~~July~~ Aug., 2005.
5 |
6 |
7 | Robert M. Takasugi*
   | United States District Judge
8 |

---

*The Honorable Robert M. Takasugi, United States District Judge for Central California, by designation