# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** | |
| Plaintiff, | |
| vs. | **Case No: 1:01-cr-00013** |
| **Henry Fresnoza,** | |
| Defendant. | |

The following entities were served by first class mail on August 22, 2005:

    **Henry Fresnoza**

I, Leilani R. Toves Hernandez, declare under penalty of perjury that on the above-listed date I served the:

*Order, filed August 15, 2005*

*Notice of Entry of Order, filed August 15, 2005*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 22, 2005                          /s/ Leilani R. Toves Hernandez
                                                                              Deputy Clerk