UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-16771 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-04-00020-RMT |
| v. | CR-01-00013-RMT |
| HENRY FRESNOZA, | District of Guam, Agana |
| Defendant - Appellant. | ORDER |

**FILED**
DISTRICT COURT OF GUAM
NOV 29 2005
MARY L.M. MORAN
CLERK OF COURT

Before: LEAVY and PAEZ, Circuit Judges

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

All outstanding motions are denied.

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

NOV 22 2005

by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
05-16771 USA v. Fresnoza

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Karon V. Johnson, Esq.<br>FAX 671/472-7334<br>671/472-7332 X-146<br>Ste. 500<br>[COR LD NTC aus]<br>USHA - OFFICE OF THE U.S.<br>ATTORNEY<br>108 Hernan Cortez Ave.<br>Hagatna, GU 96910 |
| v. | |
| HENRY FRESNOZA<br>    Defendant - Appellant | Henry Fresnoza<br>#02134-093<br>[COR LD NTC prs]<br>FEDERAL PRISON CAMP HERLONG<br>P.O. Box 800<br>Herlong, OR 96113-6000 |