# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

          Plaintiff,

  vs.

Henry Fresnoza,

          Defendant.

Case No. 1:01-cr-00013

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***USCA Order filed November 29, 2005,*** on the dates indicated below:

*U.S. Attorney's Office*
*November 30, 2005*

The following individual was served by first class mail on November 30, 2005:

    *Henry Fresnoza*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***USCA Order filed November 29, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 30, 2005

         /s/ Leilani R. Toves Hernandez
           Deputy Clerk