FILED
DISTRICT COURT OF GUAM
JUL 25 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HENRY FRESNOZA,<br><br>    Defendant. | CRIMINAL CASE NO. 01-00013<br><br>RECEIPT OF EXHIBITS |

[ X ]  **Government's**    [ ]  **Defendant's**    [ ]  **Joint**

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**    **DESCRIPTION**

See attached Exhibit and Witness List

_(signature)_
Signature

Teresa Catahay
Name

7/25/06
Date

U.S. Attorney's Office
Office/Firm Receiving Exhibits

ORIGINAL

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| HENRY FRESNOZA | Case Number: CR-01-00013 |

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOHN S. UNPINGCO | MARK KONDAS | PHIL TORRES |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| JANUARY 13, 2003 | WANDA MILES | LEILANI HERNANDEZ |

| DEF. NO. | GOVT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | (TIME: 2:51:26) |
| | | | | | Opening statement by Mr. Torres |
| | | | | | Mr. Torres requests to call Mr. Arens as a witness. No objections |
| | | | | | **RICHARD PARKER ARENS, called and sworn.** |
| | | | | | Direct Examination by Mr. Torres |
| | 7 | 01/13/03 | 01/13/03 | 01/13/03 | Time & Billing for Mr. Arens (Presented to the Court by both parties, copy provided to the witness) |
| | | | | | Cross Examination by Mr. Kondas (TIME: 3:21:28) |
| | | | | | Re-Direct Examination by Mr. Torres (TIME: 3:35:40) |
| | | | | | Court examines the witness (TIME 3:44:43) |
| | | | | | (TIME: 3:55:11) |
| | | | | | Re-Cross by Mr. Kondas |
| | | | | | Defense rests |
| | | | | | Re-Examination by Court |
| | | | | | Witness Excused |
| | | | | | Mr. Torres requests for Norbert Sablan to be called. No objections |
| | | | | | **NORBERT K. SABLAN, called & sworn** |
| | | | | | Direct examination by Mr. Torres |
| | | | | | Court clarifies with Mr. Torres regarding his line of questioning |
| | | | | | Mr. Torres argues his line of questioning in support of his motion |
| | | | | | Mr. Torres requests to ask the witness a few more questions - Granted. |
| | | | | | Cross Examination by Mr. Kondas |
| | 1 | 01/13/03 | 01/13/03 | 01/13/03 | Video tape, taken at Onward Beach Resort, Room #719, dated 02/12/01 |
| | 3 | 01/13/03 | 01/13/03 | 01/13/03 | Photo copy of a notepad from the Onward Agana Beach Hotel |
| | | | | | Re-Direct Examination |
| | | | | | Witness Excused (TIME: 4:17:59) |
| | | | | | Government calls Maria Cruz, USPO |
| | | | | | **MARIA CRUZ, sworn & examined.** |
| | | | | | Direct Examination by Mr. Kondas |
| | | | | | Witness identifies defendant |
| | | | | | Defense rests |
| | | | | | Witness excused |
| | | | | | Closing arguments by Mr. Torres (TIME: 4:21:18) |
| | | | | | Closing arguments by Mr. Kondas (TIME : 4:46:40) |
| | 8 | 01/13/03 | 01/13/03 | 01/13/03 | Transcript of Proceedings, Waiver of Indictment & Plea Hearing, dated 02/15/01 |
| | | | | | No objections to the Government's exhibits |
| | | | | | Court to take matter under advisement and will issue a decision by Wednesday, January 15, 2003. |
| | | | | | (END TIME 4:32:13) |

Page 1 of 1